B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Middle District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Russell, Jerry L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Russell, Lynn M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2454** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7928** |
| Street Address of Debtor (No. and Street, City, and State):<br>**95078 Poplar Way**<br>**Fernandina Beach, FL**     ZIP Code **32034** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**95078 Poplar Way**<br>**Fernandina Beach, FL**     ZIP Code **32034** |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business:<br>**Nassau** |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Russell, Jerry L**<br>**Russell, Lynn M** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Brett A. Mearkle**       **March 13, 2015**<br>Signature of Attorney for Debtor(s)       (Date)<br>**Brett A. Mearkle 644706** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Russell, Jerry L**<br>**Russell, Lynn M** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X  /s/ Jerry L Russell**<br>Signature of Debtor  **Jerry L Russell**<br><br>**X  /s/ Lynn M Russell**<br>Signature of Joint Debtor  **Lynn M Russell**<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>**March 13, 2015**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X  /s/ Brett A. Mearkle**<br>Signature of Attorney for Debtor(s)<br><br>**Brett A. Mearkle 644706**<br>Printed Name of Attorney for Debtor(s)<br><br>**Mearkle Trueblood Adam, PL**<br>Firm Name<br><br>**218 North Broad Street**<br>**Jacksonville, FL 32202**<br>_____<br>Address<br><br>**904-352-1342  Fax: 904-800-1058**<br>Telephone Number<br><br>**March 13, 2015**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re **Jerry L Russell / Lynn M Russell**        Case No.
                    Debtor(s)                     Chapter **11**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Jerry L Russell**
                           **Jerry L Russell**

Date: **March 13, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Florida

In re **Jerry L Russell / Lynn M Russell**  Case No. _____
Debtor(s)  Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Lynn M Russell**
**Lynn M Russell**

Date: **March 13, 2015**

Certificate Number: 03088-FLM-CC-025176418



03088-FLM-CC-025176418

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 13, 2015, at 9:26 o'clock AM CDT, Lynn S Russell received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   March 13, 2015            By:   /s/Susan D. Gann

                                  Name: Susan D. Gann

                                  Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 03088-FLM-CC-025176416



03088-FLM-CC-025176416

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 13, 2015, at 9:26 o'clock AM CDT, Jerry L Russell received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   March 13, 2015                    By:   /s/Susan D. Gann

                                          Name: Susan D. Gann

                                          Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: **Jerry L Russell, Lynn M Russell**, Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanta Bank Corp<br>Po Box 31032<br>Tampa, FL 33631 | Advanta Bank Corp<br>Po Box 31032<br>Tampa, FL 33631 | Charge Account | | 21,069.00 |
| American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Credit Card | | 5,452.00 |
| American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Credit Card | | 2,312.00 |
| American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Credit Card | | 1,725.00 |
| Calvary Portfolio Srvs<br>Attention: BK Depart.<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595 | Calvary Portfolio Srvs<br>Attention: BK Depart.<br>500 Summit Lake Dr.<br>Valhalla, NY 10595 | Collection Attorney Bank Of America | | 6,073.00 |
| Cap1/berpl<br>90 Christiana Rd<br>New Castle, DE 19720 | Cap1/berpl<br>90 Christiana Rd<br>New Castle, DE 19720 | Charge Account | | 6,283.00 |
| Citibank Usa<br>Citicorp Credit Services<br>Attn:Centralize<br>Po Box 20507<br>Kansas City, MO 64195 | Citibank Usa<br>Citicorp Credit Services<br>Attn:Centralize<br>Kansas City, MO 64195 | Charge Account | | 6,434.00 |
| Columbus Bank & Trust<br>Po Box 120<br>Columbus, GA 31902 | Columbus Bank & Trust<br>Po Box 120<br>Columbus, GA 31902 | Credit Card | | 6,676.00 |
| Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494 | Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494 | 06 Progressive Insurance Company | | 312.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Jerry L Russell**
       **Lynn M Russell**
                                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | **Credit Card** | | **6,977.00** |
| **First Coast Community** <br> **1900 S 14th St** <br> **Fernandina Beach, FL 32034** | **First Coast Community** <br> **1900 S 14th St** <br> **Fernandina Beach, FL 32034** | **Credit Line Secured** | | **47,377.00** |
| **Lca Services Inc** <br> **6602 Abercorn Stre** <br> **Savannah, GA 31404** | **Lca Services Inc** <br> **6602 Abercorn Stre** <br> **Savannah, GA 31404** | **Collection Attorney Yates-Astro Termite Control** | | **1,450.00** |
| **Lvnv Funding Llc** <br> **Po Box 10497** <br> **Greenville, SC 29603** | **Lvnv Funding Llc** <br> **Po Box 10497** <br> **Greenville, SC 29603** | **Factoring Company Account American General Agfs - Americ** | | **2,860.00** |
| **Lvnv Funding Llc** <br> **Po Box 10497** <br> **Greenville, SC 29603** | **Lvnv Funding Llc** <br> **Po Box 10497** <br> **Greenville, SC 29603** | **Factoring Company Account Springleaf Financial Services** | | **2,411.00** |
| **Lvnv Funding Llc** <br> **Po Box 10497** <br> **Greenville, SC 29603** | **Lvnv Funding Llc** <br> **Po Box 10497** <br> **Greenville, SC 29603** | **Factoring Company Account Hsbc Bank Nevada N.A. Best Bu** | | **6,776.00** |
| **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123** | **Factoring Company Account Citibank South Dakota N.A.** | | **8,311.00** |
| **Portfolio Recovery** <br> **Attn: Bankruptcy** <br> **Po Box 41067** <br> **Norfolk, VA 23541** | **Portfolio Recovery** <br> **Attn: Bankruptcy** <br> **Po Box 41067** <br> **Norfolk, VA 23541** | **Factoring Company Account Ge Capital Retail Bank** | | **2,202.00** |
| **Sears/cbna** <br> **Po Box 6282** <br> **Sioux Falls, SD 57117** | **Sears/cbna** <br> **Po Box 6282** <br> **Sioux Falls, SD 57117** | **Credit Card** | | **2,623.00** |
| **Springleaf Financial Svcs** <br> **Attention: BK Depart** <br> **Po Box 3251** <br> **Evansville, IN 47731** | **Springleaf Financial Svcs** <br> **Attention: BK Depart** <br> **Po Box 3251** <br> **Evansville, IN 47731** | **Charge Account** | | **3,209.00** |
| **Syncblowbrcp** <br> **P.o. Box 965005** <br> **Orlando, FL 32896** | **Syncblowbrcp** <br> **P.o. Box 965005** <br> **Orlando, FL 32896** | **Business Credit Card** | | **3,264.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Jerry L Russell**
       **Lynn M Russell**                                                    Case No.
                                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      We, **Jerry L Russell** and **Lynn M Russell**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **March 13, 2015**                          Signature   **/s/ Jerry L Russell**
                                                                 **Jerry L Russell**
                                                                  Debtor

Date   **March 13, 2015**                          Signature   **/s/ Lynn M Russell**
                                                                 **Lynn M Russell**
                                                                  Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Jerry L Russell
95078 Poplar Way
Fernandina Beach, FL 32034

Bsi Financial Services
314 S Franklin St
Titusville, PA 16354

Chase
Po Box 15298
Wilmington, DE 19850

Lynn M Russell
95078 Poplar Way
Fernandina Beach, FL 32034

Calvary Portfolio Srvs
Attention: BK Depart.
500 Summit Lake Dr.
 Suite 400
Valhalla, NY 10595

Chase Card
Po Box 15298
Wilmington, DE 19850

Brett A. Mearkle
Mearkle Trueblood Adam, PL
218 North Broad Street
Jacksonville, FL 32202

Cap One
P.O. Box 15221
Wilmington, DE 19850

Citibank Usa
Citicorp Credit Services
Attn:Centralize
Po Box 20507
Kansas City, MO 64195

Advanta Bank Corp
Po Box 31032
Tampa, FL 33631

Cap1/berpl
90 Christiana Rd
New Castle, DE 19720

Citibank USA
Citicorp Credit Services
Attn: Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

Cap1/bstby
P.O. Box 5253
Carol Stream, IL 60197

Citizens St
505 Haines Ave
Waycross, GA 31501

Aqua Finance Inc.
P.O. Box 844
Wausau, WI 54402

Cap1/rhode
1405 Foulk Road
Wilmington, DE 19808

Citizens St
505 Haines Avenue
Waycross, GA 31501

Ar Resources Inc
1777 Sentry Pkwy W
Blue Bell, PA 19422

Carrington Mortgage Se
1610 E Saint Andrew Place
Suite B150
Santa Ana, CA 92705

City Ntl Bk
Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416

Bank of America
P.O. Box 982235
El Paso, TX 79998

Chase
Po Box 24696
Columbus, OH 43224

Columbus Bank & Trust
Po Box 120
Columbus, GA 31902

BMW Financial Services
Attn: Bankruptcy Dept.
P.O. Box 3608
Dublin, OH 43016

Chase
P.O. Box 24696
Columbus, OH 43224

Credit Collections Svc
Po Box 773
Needham, MA 02494

| | | |
|---|---|---|
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | GFB LLC<br>8705 SW Nimbus Avenue<br>Beaverton, OR 97008 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |
| Discover Fin Svcs LLC<br>P.O. Box 15316<br>Wilmington, DE 19850 | GMAC<br>P.O. Box 380901<br>Minneapolis, MN 55438 | PNC Mortgage<br>3232 Nemark Drive<br>Miamisburg, OH 45342 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Hsbc/bsbuy<br>95 Washington Street<br>Buffalo, NY 14203 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 |
| First Coast Community<br>1900 S 14th St<br>Fernandina Beach, FL 32034 | IndyMac Bank/OneWest Bank<br>Attn:Bankruptcy Department<br>2900 Esperanza Crossing<br>Austin, TX 78758 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117 |
| First Federal Savings<br>P.O. Box 2029<br>Lake City, FL 32056 | Lca Services Inc<br>6602 Abercorn Stre<br>Savannah, GA 31404 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117 |
| G M A C<br>P O Box 380901<br>Bloomington, MN 55438 | Lexus Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52409 | Selene Finance Lp<br>9990 Richmond Ave Ste 40<br>Houston, TX 77042 |
| GECRB/Dillards<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603 | Springleaf Financial Svcs<br>Attention: BK Depart<br>Po Box 3251<br>Evansville, IN 47731 |
| GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Springleaf Financial Svcs<br>Attn: Bankruptcy Dept.<br>P.O. Box 3251<br>Evansville, IN 47731 |
| GECRB/PayPal Buyer Credit<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076 | Mg Credit<br>5115 San Juan Avenue<br>Jacksonville, FL 32210 | Suntrust Mortgage/cc 5<br>Attn: Bankruptcy Dept.<br>P.O. Box 85092<br>MC VA-WMRK-7952<br>Richmond, VA 23286 |

Syncb/belk
Po Box 965028
Orlando, FL 32896


Syncb/Rooms to Go
P.O. Box 965036
Orlando, FL 32896


Syncb/Rooms to Go
c/o POB 965036
Orlando, FL 32896


Syncblowbrcp
P.o. Box 965005
Orlando, FL 32896


Talbots
1 Talbot Drive
Hingham, MA 02043


Verizon
500 Technology Drive
Suite 550
Saint Charles, MO 63304


World Omni F
P.O. Box 91614
Mobile, AL 36691