UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              CASE NO 3:15-BK-01085-JAF

**JERRY L RUSSELL** *and*                           CHAPTER 11
**LYNN M RUSSELL**

          **DEBTOR(S).**
_____/

MOTION FOR *IN REM* RELIEF FROM
AUTOMATIC STAY OR, IN THE ALTERNATIVE, ADEQUATE PROTECTION
PAYMENTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** ("Movant"), by and through its undersigned counsel, and moves for relief from the automatic stay, pursuant to 11 USC §362(d). In support thereof, Movant states:

1. On March 13, 2015 the Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code.

2. Jurisdiction in this cause is granted to the Court, pursuant to 28 U.S.C. §1334, 11 U.S.C. §362 and all other applicable rules and statutes affecting the jurisdiction of the Court generally.

3. On September 1, 2006, Jerry L Russell executed and delivered a promissory note and mortgage securing payment of the note to Washington Mutual Bank, FA. True and correct copies of the mortgage and note are attached as Composite Exhibit "**A**."

4. The mortgage secures the following real property located in Nassau County, Florida:

> Lot 5, Block 27, Askins Ocean City Beach, according to the plat thereof as recorded in Plat Book "O", Page 51 of the public records of Nassau County, Florida.

***aka*: 912 S Fletcher Ave, Fernandina Beach, Florida 32034 (the "Subject Property")**

5. According to Debtor's Schedule C, the property is not claimed as exempt.

6. Debtor is in default. The contractual due date is **March 1, 2009**, and as of December 28, 2015, the unpaid principal balance due as is in the amount of $**605,220.94**. The Affidavit in Support of the Motion for Relief from Stay is attached as Composite Exhibit "A."

7. The value of the collateral pursuant to Schedule D is **$416,214.00**.

8. The value of the above collateral is insufficient to provide adequate protection to Movant. It would be inequitable to permit the Debtor to retain the collateral, as there is no equity in the collateral and it is not necessary for an effective reorganization.

9. Movant is not receiving any payments from Debtor to protect against the erosion of its collateral position, and if Movant is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

10. Once the stay is terminated, Debtor will have minimal motivation to insure, preserve, or protect the collateral. Therefore, Movant requests that the Court waive the 14-day stay imposed by Fed. R. Bankr. P. 4001(a)(3).

11. Movant requests this Court to allow future communication with the Debtor in order to offer and provide information regarding loss mitigation options, including, but not limited to, forbearance, loan modification, refinance, and deed in lieu of foreclosure. Movant acknowledges that such communications shall be limited, and it shall not enforce or threaten to enforce any personal liability against the Debtor that is discharged in this bankruptcy.

*Adequate Protection Pursuant to §361*

12. Movant reaffirms by reference all of the above allegations as if fully contained herein.

13. The Debtor has not filed a Chapter 11 Plan of reorganization as yet; and as such, Movant is unaware of the Debtor's intentions as to the Subject Property.

14. *Should* the Debtor manifest an intent to utilize the Subject Property in this Chapter 11 proceeding; Movant, pursuant to §361 of the Bankruptcy Code, demands adequate protection payments, pending final resolution of the Movant's claim.

WHEREFORE, **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** respectfully requests the Court enter an order:

a. terminating the automatic stay;

b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the collateral described herein;

    c.      allowing Movant to gain possession of said collateral; and

    d.      waiving the 14-day stay under Fed. R. Bankr. P. 4001(a)(3), *or*

    e.      providing adequate protection payments to the Movant; and

    f.      granting such further relief as the Court deems just and appropriate

**Dated: January 28, 2016**

                              */s/ Jeffrey S. Fraser, Esq.*
                              Jeffrey S. Fraser
                              **Albertelli Law**
                              Florida Bar No.:  0085894

*(Space left blank intentionally)*

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, this 28th day of January, 2016.

          Jeffrey S. Fraser, Esq.
          **Albertelli Law**
          Attorney for Secured Creditor
          PO Box 23028
          Tampa, FL 33623
          Telephone: (813) 221-4743ext. 2499
          Facsimile: (813) 221-9171
          Bkfl@albertellilaw.com

          By:    /s/ *Jeffrey S. Fraser, Esq.*
          Jeffrey S. Fraser
          Florida Bar No.:  0085894

**SERVICE LIST**
Jerry L Russell
Lynn M Russell
95078 Poplar Way
Fernandina Beach, FL 32034

Thomas C Adam
Mearkle Trueblood Adam, PL
218 N. Broad Street
Jacksonville, FL 32202

U.S. Trustee
United States Trustee - JAX 11
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Scott Bomkamp
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801

Jill E Kelso
United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801

Mailing Matrix List

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:15-bk-01085-JAF<br>Middle District of Florida<br>Jacksonville<br>Thu Jan 28 15:56:16 EST 2016 | Christiana Trust, A Division of Wilmington S<br>Selene Finance LP<br>P.O. Box 71243<br>Philadelphia, PA 19176-6243 | PRP II Pals Investments Trust c/o Statebridg<br>c/o Brad W. Hissing<br>P.O. Box 800<br>Tampa, FL 33601-0800 |
| Jerry L Russell<br>95078 Poplar Way<br>Fernandina Beach, FL 32034-1169 | Lynn M Russell<br>95078 Poplar Way<br>Fernandina Beach, FL 32034-1169 | Lindsey A. Savastano<br>Brock & Scott, PLLC<br>1501 NW 49th Street<br>Suite 200<br>Fort Lauderdale, Fl 33309-3723 |
| Synovus Bank<br>Burr & Forman, LLP<br>201 N. Franklin Street<br>Suite 3200<br>Tampa, FL 33602-5872 | Ventures Trust 2013-I-H-R by MCM Capital Par<br>BROCK & SCOTT, PLLC<br>c/o Frederic J. DiSpigna, Esq.<br>1501 NW 49th Street, Suite 200<br>Fort Lauderdale, FL 33309-3723 | Advanta Bank Corp<br>Po Box 31032<br>Tampa, FL 33631-3032 |
| Ally Financial f/k/a GMAC<br>PO Box 130424<br>Roseville, MN 55113-0004 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Aqua Finance Inc.<br>P.O. Box 844<br>Wausau, WI 54402-0844 | Ar Resources Inc<br>1777 Sentry Pkwy W<br>Blue Bell, PA 19422-2206 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| BSI Financial Services<br>7500 Old Georgetown Road, Suite 1350<br>Bethesda, MD 20814-6240<br>Phone # 1-866-581-4498 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bsi Financial Services<br>314 S Franklin St<br>Titusville, PA 16354-2168 |
| Caliber Home Loans, Inc.<br>PO Box 24330<br>Oklahoma City, Oklahoma 73124-0330 | Calvary Portfolio Srvs<br>Attention:  BK Depart.<br>500 Summit Lake Dr.<br>Suite 400<br>Valhalla, NY 10595-1340 | Cap One<br>P.O. Box 15221<br>Wilmington, DE 19850-5221 |
| Cap1/berpl<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | Cap1/bstby<br>P.O. Box 5253<br>Carol Stream, IL 60197-5253 | Cap1/rhode<br>1405 Foulk Road<br>Wilmington, DE 19803-2769 |
| Carrington Mortgage Se<br>1610 E Saint Andrew Place<br>Suite B150<br>Santa Ana, CA 92705-4931 | Chase<br>P.O. Box 24696<br>Columbus, OH 43224-0696 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Christiana Trust, Div. Wilmington Sav. Fund<br>Tr. Normandy. Loan Trust, 2013-18<br>c/o Selene Finance<br>PO Box 71243<br>Philadelphia, PA 19176-6243 | Chritiana Trust, A Division of Wilmington Sa<br>c/o Alexandra Kalam, Esq.<br>201 E. Pine Street, Suite 730<br>Orlando, FL 32801-2763 |

| | | |
|---|---|---|
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citizens St<br>505 Haines Ave<br>Waycross, GA 31501-2266 | City Ntl Bk<br>Ocwen Loan Service<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416-4738 |
| Columbus Bank & Trust<br>Po Box 120<br>Columbus, GA 31902-0120 | Credit Collections Svc<br>Po Box 773<br>Needham, MA 02494-0918 | Discover Fin Svcs LLC<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | First Coast Community<br>1900 S 14th St<br>Fernandina Beach, FL 32034-3034 | First Federal Savings<br>P.O. Box 2029<br>Lake City, FL 32056-2029 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | G M A C<br>P O Box 380901<br>Bloomington, MN 55438-0901 | GECRB/Dillards<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076-9104 |
| GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/PayPal Buyer Credit<br>Attn: Bankruptcy<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | GFB LLC<br>8705 SW Nimbus Avenue<br>Beaverton, OR 97008-4000 |
| GMAC<br>P.O. Box 380901<br>Minneapolis, MN 55438-0901 | Hsbc/bsbuy<br>95 Washington Street<br>Buffalo, NY 14203-3006 | IndyMac Bank/OneWest Bank<br>Attn:Bankruptcy Department<br>2900 Esperanza Crossing<br>Austin, TX 78758-3658 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of HSBC Receivables<br>Acquisition Corporation (USA) IV<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lca Services Inc<br>6602 Abercorn Stre<br>Savannah, GA 31405-5848 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville, SC 29603-0497 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Mg Credit<br>5115 San Juan Avenue<br>Jacksonville, FL 32210-3137 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | (p)NASSAU COUNTY TAX COLLECTOR<br>86130 LICENSE ROAD<br>STE 8<br>FERNANDINA BEACH FL 32034-3786 |
| PNC Mortgage<br>3232 Nemark Drive<br>Miamisburg, OH 45342-5433 | PRP II Pals Investments Trust<br>c/o Statebridge Company, LLC<br>5680 Greenwood Plaza Blvd Ste. 100-S<br>Greenwood Village, CO 80111-2404 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Sears/cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 |
| Selene Finance Lp<br>9990 Richmond Ave Ste 40<br>Houston, TX 77042-8500 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Suntrust Mortgage/cc 5<br>Attn: Bankruptcy Dept.<br>P.O. Box 85092<br>MC VA-WMRK-7952<br>Richmond, VA 23286-0001 |
| Syncb/Rooms to Go<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | Syncb/Rooms to Go<br>c/o POB 965036<br>Orlando, FL 32896-0001 | Syncb/belk<br>Po Box 965028<br>Orlando, FL 32896-5028 |
| Syncblowbrcp<br>P.o. Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Synovus Bank<br>c/o Joseph T. King, Attorney for Synovus<br>201 N. Franklin Street, Suite 3200<br>Tampa, FL 33602-5872 |
| Synovus Bank f/k/a First Coast Community Ban<br>c/o Joseph T. King, Esq.<br>P.O. Box 380<br>Tampa, FL 33601-0380 | TD Auto Finance<br>PO BOX 16041<br>Lewiston, ME 04243-9523 | Talbots<br>1 Talbot Drive<br>Hingham, MA 02043-1583 |
| Thames Markey & Heekin, P.A.<br>50 North Laura Street<br>Suite 1600<br>Jacksonville, FL 32202-3614 | Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | U.S. Bank Trust, N.A.<br>c/o Jeffrey S. Fraser, Esq.<br>P.O. Box 23028<br>Tampa, FL 33623-2028 |
| U.S. Securities & Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Ventures Trust 2013-I-H-R<br>BROCK & SCOTT, PLLC<br>c/o Frederic J. DiSpigna, Esq.<br>1501 NW 49th Street, Suite 200<br>Fort Lauderdale, FL 33309-3723 |
| Verizon<br>500 Technology Drive<br>Suite 550<br>Saint Charles, MO 63304-2225 | World Omni F<br>P.O. Box 91614<br>Mobile, AL 36691-1614 | Brad W. Hissing +<br>Kass Shuler Solomon Spector Foyle et al<br>PO Box 800<br>Tampa, FL 33601-0800 |
| United States Trustee - JAX 11 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Jill E Kelso +<br>United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Joseph T King +<br>Williams Schifino Mangione & Steady PA<br>Post Office Box 380<br>Tampa, FL 33601-0380 |
| Joseph B Battaglia +<br>Brock & Scott, PLLC<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | Scott Bomkamp +<br>United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | Thomas C Adam +<br>Mearkle Trueblood Adam, PL<br>218 N. Broad Street<br>Jacksonville, FL 32202-4802 |

```
Jeffrey S Fraser +                  Shaina Druker +                     Alexandra R Kalman +
Albertelli Law                      Brock and Scott, PLLC               Lender Legal Services, LLC
Post Office Box 23028               Post Office Box 25018               201 East Pine Street
Tampa, FL 33623-2028                Tampa, FL 33622-5018                Suite 730
                                                                        Orlando, FL 32801-2763
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BMW Financial Services              Bank of America                    Citibank USA
Attn: Bankruptcy Dept.              P.O. Box 982235                    Citicorp Credit Services
P.O. Box 3608                       El Paso, TX 79998                  Attn: Centralized Bankruptcy
Dublin, OH 43016                                                       P.O. Box 20507
                                                                       Kansas City, MO 64195


(d)Citibank Usa                     Lexus Financial Services           Nassau County Tax Collector
Citicorp Credit Services            Po Box 8026                        96135 Nassau Place
Attn:Centralize                     Cedar Rapids, IA 52409             Yulee FL 32097
Po Box 20507
Kansas City, MO 64195


Portfolio Recovery                  Springleaf Financial Svcs          (d)Springleaf Financial Svcs
Attn: Bankruptcy                    Attention: BK Depart               Attn: Bankruptcy Dept.
Po Box 41067                        Po Box 3251                        P.O. Box 3251
Norfolk, VA 23541                   Evansville, IN 47731               Evansville, IN 47731
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)William G. Haeberle              (u)U.S. Bank Trust, N.A., as Trustee for LSF9    (d)Chase
                                                                                     Po Box 24696
                                                                                     Columbus, OH 43224-0696


(d)Citizens St                      (d)Discover Fin Svcs Llc           End of Label Matrix
505 Haines Avenue                   Po Box 15316                       Mailable recipients    92
Waycross, GA 31501-2266             Wilmington, DE 19850-5316          Bypassed recipients     5
                                                                       Total                  97
```