ORDERED.

Dated: February 08, 2016

*Jerry A. Funk*
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

| | | |
|---|---|---|
| **JERRY L. RUSSELL &** | ) | Case No.: 3:15-bk-01085-JAF |
| **LYNN M. RUSSELL,** | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

### ORDER CONDITIONALLY DENYING ACTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7

**THIS CASE** came before the Court on February 3, 2015 upon the Acting United States Trustee's Motion to Dismiss or Convert to Chapter 7 (Dkt. No. 48). By the agreement of the parties, it is

**ORDERED:**

1. Within 21 days of the entry of this order the Debtors will pay past due United States trustee fees in the amount of $1,953.56.

2. In the event that the Debtors do not comply with this Order, this case will be dismissed without further notice or hearing upon the filing of a verified statement by the Acting United States trustee.

#   #   #

Service to (Service by BNC): All creditors and parties in interest.